UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**Dincer,**

                                                    Plaintiffs,

                              -against-

**Walmart,**

                                                    Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 1/16/2026 _

**ORDER RE STATUS CONFERENCE**

*7:25-cv-1083-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **January 27, 2026  at 10:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

        **SO ORDERED.**

DATED:        White Plains, New York
              January 16, 2026

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge